UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-1782 JMR/RLE

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. JESSICA HOPPE, Defendant, CITY OF SAUK CENTRE, Garnishee. | **GARNISHMENT ORDER** |

A Writ of Garnishment was duly issued by this Court and personally served on the garnishee on or about January 2, 2002.

Pursuant to the Writ of Garnishment, the garnishee filed an Answer with this Court on or about January 4, 2002. In its Answer, the garnishee states that at the time of the service of the Writ, the garnishee, had, and continues to have, in its possession and under its control, personal property belonging to and due the defendant, in the form of earnings.

On or about January 2, 2002, the defendant was personally served with notice of her right to a hearing as to this garnishment action. The defendant has not requested such a hearing.

The defendant earns below the minimum level for garnishment.

16

FILED JAN 22 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

THEREFORE, IT IS ORDERED, that the Writ of Garnishment served on January 2, 2002, is hereby released.

Dated: 1/22/02

Raymond L. Erickson
Magistrate Judge
United States District Court